

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2020

No. 04-19-00798-CV

Stephen W. **MABERY** and Damon Thorpe,
Appellants

v.

**MORANI RIVER RANCH HOLDINGS LP,** Morani GP LLC, Morani River Ranch LLC,
Kevin L. Reid and Stewards of Wildlife Conservation Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI03565
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED IN PART. Time is extended to February 12, 2020.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2020.

MICHAEL A. CRUZ,
Clerk of Court